No. 1218, Misc. McLain *v.* Florida. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *Thomas E. Boyle,* Assistant Attorney General, for respondent.

No. 1017, Misc. Gabor *v.* Maricopa County Attorney et al. Motion for leave to file petition for writ of mandamus denied.

No. 1129, Misc. Bosler *v.* Vogel, Chief Judge, U. S. Court of Appeals. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se. Norman H. Anderson,* Attorney General of Missouri, and *Howard L. McFadden,* Assistant Attorney General, for respondent.

No. 1273. In re Gault et al. Appeal from Sup. Ct. Ariz. Probable jurisdiction noted. *Norman Dorsen* and *Melvin L. Wulf* for appellants.

No. 1125. Bond et al. *v.* Floyd et al. Appeal from D. C. N. D. Ga. Motion to advance denied. Probable jurisdiction noted. Mr. Justice Douglas took no part in the consideration or decision of this motion and the question of jurisdiction. *Leonard B. Boudin* and *Victor Rabinowitz* for appellants. *Arthur K. Bolton,* Attorney General of Georgia, and *William L. Harper, Alfred L. Evans, Jr.,* and *Paul L. Hanes,* Assistant Attorneys General, for appellees. *Melvin L. Wulf* and *Charles Morgan, Jr.,* for American Civil Liberties Union et al., and *Hubert T. Delany* for Emergency Civil Liberties Committee, as *amici curiae,* in support of appellants.